NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
DANIEL E. CLARKSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-3663 / Fax: (702) 388-5087
daniel.clarkson@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Lesean Roger Dennis Braddock, Jr., and Byron Joshua Jarell Porter,<br><br>　　　　　Defendants. | Case No. 2:19-cr-00269-JCM-EJY<br><br>**Stipulation to Continue Pretrial Release Revocation Appearance Date (First Request)** |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through DANIEL E. CLARKSON, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that Byron Porter's pretrial release revocation appearance date in the above-captioned matter, previously scheduled for May 21, 2020, at 2:30 p.m., be vacated and continued at least sixty (60) days until a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defendant Byron Porter initially appeared on October 17, 2019, before U.S.

1. Magistrate Judge Elayna J. Youchah and was ordered released on a personal recognizance bond with conditions.

2. Mr. Porter is currently scheduled to make an appearance before the Court on May 21, 2020 at 2:30 p.m. on a petition for revocation of pretrial release based on alleged violations of conditions of pretrial release.

3. Mr. Porter is currently participating in residential drug treatment, as a result of a modification of his conditions of pretrial release.

4. The parties stipulate to continue the appearance schedule for May 21 so that Mr. Porter can continue his participation in drug treatment.

5. Defendant Bryon Porter is released on a personal recognizance bond with conditions pending trial and does not object to a continuance.

6. The government does not object to a continuance.

7. This is the first request for a continuance of this appearance date filed in this matter.

Dated this 19th day of May, 2020

                                                     NICHOLAS A. TRUTANICH
                                                     United States Attorney

By: /s/ William Brown                         By:  /s/ Daniel E. Clarkson
    WILLIAM BROWN                          DANIEL E. CLARKSON
    Counsel for Defendant Byron Porter       Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **FINDINGS OF FACT** |
| vs. | |
| Lesean Roger Dennis Braddock, Jr., and Byron Joshua Jarell Porter, | |
| Defendants. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Byron Porter initially appeared on October 17, 2019, before U.S. Magistrate Judge Elayna J. Youchah and was ordered released on a personal recognizance bond with conditions.

2. Mr. Porter is currently scheduled to make an appearance before the Court on May 21, 2020 at 2:30 p.m. on a petition for revocation of pretrial release based on alleged violations of conditions of pretrial release.

3. Mr. Porter is currently participating in residential drug treatment, as a result of a modification of his conditions of pretrial release.

4. The parties stipulate to continue the appearance scheduled for May 21 so that Mr. Porter can continue his participation in drug treatment.

5. Defendant Bryon Porter is released on a personal recognizance bond with conditions pending trial and does not object to a continuance.

6. The government does not object to a continuance.

7. This is the first request for a continuance of this appearance date filed in this matter.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the initial appearance date.

### ORDER

IT IS ORDERED that the appearance date in *United States v. Lesean Roger Dennis Braddock, Jr., and Byron Joshua Jarell Porter*, Case No. 2:19-cr-00269-JCM-EJY, previously scheduled for May 21, 2020, at 2:30 p.m., is vacated and continued until July 20, 2020, at 2:30 p.m., in Courtroom 3D.

Dated this 19th day of May, 2020

By: _____
United States Magistrate Judge

4