WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **Stipulation to Continue Pretrial Release Revocation Initial Appearance Date** |
| vs. | **(Third Request)** |
| BYRON PORTER, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through DANIEL E. CLARKSON, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that Byron Porter's pretrial release revocation appearance date in the above-captioned matter, previously scheduled for October 19, 2020, at 2:30 p.m., be vacated and continued at least sixty (60) days until a time convenient to the Court.

1

This Stipulation is entered into for the following reasons:

1. Defendant Byron Porter initially appeared on October 17, 2019, before U.S. Magistrate Judge Elayna J. Youchah and was ordered released on a personal recognizance bond with conditions.

2. Mr. Porter is currently scheduled to make an appearance before the Court on October 19, 2020 at 2:30 p.m. on a petition for revocation of pretrial release based on alleged violations of conditions of pretrial release.

3. Since the filing of the petition, Mr. Porter has successfully completed residential drug treatment pursuant to a modification of his conditions of pretrial release.

4. Defense counsel has a revocation hearing in a different case (*United States v. Avalos* (2:20-mj-000801-DJA)) set for October 19, 2020, at 1:30, which will likely go past the time Mr. Porter's hearing is currently set to begin.

5. Mr. Porter is released on a personal recognizance bond with conditions pending trial and does not object to a continuance.

6. The government does not object to a continuance.

7. This is the third for a continuance of this appearance date filed in this matter.

Date: October 14, 2020

| Counsel for BYRON PORTER | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel E. Clarkson*<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **FINDINGS OF FACT** |
| vs. | |
| BYRON PORTER, | |
| Defendants. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Byron Porter initially appeared on October 17, 2019, before U.S. Magistrate Judge Elayna J. Youchah and was ordered released on a personal recognizance bond with conditions.

2. Mr. Porter is currently scheduled to make an appearance before the Court on October 19, 2020 at 2:30 p.m. on a petition for revocation of pretrial release based on alleged violations of conditions of pretrial release.

4

3. Since the filing of the petition, Mr. Porter has successfully completed residential drug treatment pursuant to a modification of his conditions of pretrial release.

4. Defense counsel has a revocation hearing in a different case (*United States v. Avalos* (2:20-mj-000801-DJA)) set for October 19, 2020, at 1:30, which will likely go past the time Mr. Porter's hearing is currently set to begin.

5. Mr. Porter is released on a personal recognizance bond with conditions pending trial and does not object to a continuance.

6. The government does not object to a continuance.

7. This is the third for a continuance of this appearance date filed in this matter.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the initial appearance date.

**ORDER**

IT IS ORDERED that the appearance date in *United States v. Lesean Roger Dennis Braddock, Jr., and Byron Joshua Jarell Porter*, Case No. 2:19-cr-00269-JCM-EJY, previously scheduled for October 19, 2020, at 2:30 p.m., is vacated and continued until December 21, 2020 at 2:30 p.m., in Courtroom 3A, before U.S. Magistrate Judge Daniel Albregts.

Dated this 14th day of October, 2020

By: _____
United States Magistrate Judge

6