WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON PORTER,<br><br>Defendants. | 2:19-cr-00269-JCM-EJY<br><br>**Stipulation to Continue Sentencing and PSR-Objection Deadline (First Request)** |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through DANIEL E. CLARKSON, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that:

(1) Byron Porter's sentencing date in the above-captioned matter, currently scheduled for January 22, 2021, at 9:00 a.m., be vacated and continued at least ninety (90) days until a time convenient to the Court; and

(2) the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), currently December 9, 2020, shall be continued at least sixty (60) days, up to and including February 9, 2021.

1

This Stipulation is entered into for the following reasons:

1. This is the first requested continuance for sentencing.

2. The defense is currently investigating sentencing issues and gathering relevant information from multiple sources.

3. The defense requires further time to complete its investigation, to gather relevant information, and, once obtained, to analyze and synthesize the information so that it may be appropriately presented to the Court in a sentencing memorandum.

4. Additionally, the defense will likely seek to have some of the relevant information added to and incorporated in the PSR as well.

5. The defense has discussed this with the PSR's author, who does not object to considering subsequent requests to supplement the PSR with relevant information.

6. The defendant is out of custody and does not object to the requested continuances of the sentencing date or the PSR-objection deadline.

7. The government does not object to continuing either date.

Date: December 1, 2020

| Counsel for BYRON PORTER | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel E. Clarkson*<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
|---|---|
| Plaintiff, | **Order Continuing Sentencing and PSR-Objection Deadline** |
| vs. | |
| BYRON PORTER, | |
| Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby: (1) vacates the current sentencing date of January 22, 2021, at 9:00 a.m., and continues it to  April 21, 2021 at 10:00 a.m.  ; and (2) extends the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), currently December 9, 2020, to  February 9, 2021 .

DATED December 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

3