WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> vs. <br><br> BYRON PORTER, <br><br> Defendants. | 2:19-cr-00269-JCM-EJY <br><br> **ORDER FOR NEUROPSYCHOLOGICAL EVALUATION OF DEFENDANT** |

The Court has reviewed defendant Byron Porter's unopposed motion for in-custody neuropsychological evaluation. The Court hereby grants the motion and directs NSDC employees to allow Dr. Jones-Forrester access to Mr. Porter on July 26 and July 27, 2021 from 9:00 a.m. until 5:00 p.m., and to provide a suitable private room for such testing and evaluation to occur.

[Intentionally blank; continues on following page.]

1

Additionally, Dr. Jones-Forrester shall be allowed to bring with her to NSDC, and to use, the following equipment and health/cleaning supplies in the course of her evaluation and testing:

*Equipment*:

1. 6 spiral bound testing booklets
2. 1 box of plastic testing blocks
3. 3 pencils
4. 3 pens
5. Paper testing folder (with approximately 30 pages of testing sheets)
6. 1 patient chart
7. 2 timers for times tests
8. Laptop computer
9. Large bag to carry supplies

*Covid-19 Related Cleaning Supplies*:

1. 2 bottles hand sanitizer
2. 1 package alcohol sanitizing wipes for smaller equipment
3. 1 bottle bleach wipes for table, chairs, and larger equipment
4. 1 K95 mask for patient (if CCDC unable to provide)
5. 1 K95 mask for myself (which I will be wearing)
6. Lightweight plexiglass shield to be placed on table

Further, NSDC employees shall make reasonable accommodations to allow Dr. Jones-Forrester to conduct testing and evaluation, including (1) unshackling or loosely shackling Mr. Porter; (2) having no other parties present in the testing room; and (3) allowing Dr. Jones-Forrester to bring water and a small snack into the testing room.

DATED this 23rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE