WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON PORTER,<br><br>Defendants. | 2:19-cr-00269-JCM-EJY<br><br>**Stipulation to Continue Sentencing and PSR-Objection Deadline (Second Request)** |

It is hereby stipulated and agreed, by and between CHRISTOPHER CHIOU, Acting United States Attorney, through DANIEL E. CLARKSON, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that:

(1) Byron Porter's sentencing date in the above-captioned matter, currently scheduled for July 23, 2021, at 11:00 a.m., be vacated and continued at least ninety (90) days, to October 25, 2021, or to a time convenient to the Court; and

(2) the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR) shall be continued at least sixty (60) days, up to and including September 27, 2021.

1

This Stipulation is entered into for the following reasons:

1. This is the second requested continuance for sentencing.

2. The defense is currently investigating sentencing issues and gathering relevant information from multiple sources.

3. The defense requires further time to complete its investigation, to gather relevant information, and, once obtained, to analyze and synthesize the information so that it may be appropriately presented to the Court in a sentencing memorandum.

4. Also, Mr. Porter is scheduled to undergo an evaluation on July 26 and 27, 2021 (after the current sentencing date) with a possible report to follow.

5. The defense may likely seek to have some of the relevant information within the report added to and incorporated in the PSR.

6. The defense has discussed this with the PSR's author, who does not object to considering subsequent requests to supplement the PSR with relevant information.

7. The defendant is in custody and does not object to the requested continuances of the sentencing date or the PSR-objection deadline.

8. The government does not object to continuing either date.

Date: June 30, 2021

| Counsel for BYRON PORTER | CHRISTOPHER CHIOU |
| --- | --- |
| | Acting United States Attorney |
| /s/ *William Brown* | /s/ *Daniel E. Clarkson* |
| WILLIAM H. BROWN | DANIEL E. CLARKSON |
| BROWN MISHLER, PLLC | Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON PORTER,<br><br>Defendants. | 2:19-cr-00269-JCM-EJY<br><br>**Order Continuing Sentencing<br>and<br>PSR-Objection Deadline** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby: (1) vacates the current sentencing date of July 23, 2021, at 11:00 a.m., and continues it to October 29, 2021 at 10:00 a.m.; and (2) extends the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), to September 27, 2021.

DATED July 6, 2021.

_____
UNITED STATES DISTRICT JUDGE

4