WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **Stipulation to Continue Sentencing and PSR-Objection Deadline (THIRD Request)** |
| vs. | |
| BYRON PORTER, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between CHRISTOPHER CHIOU, Acting United States Attorney, through DANIEL E. CLARKSON, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that:

(1) Byron Porter's sentencing date in the above-captioned matter, currently scheduled for October 29, 2021, at 10:00 a.m., be vacated and continued at least ninety (90) days, to January 31, 2022, or to a time convenient to the Court; and

(2) the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR) shall be continued at least sixty (60) days, up to and including December 29, 2021.

This Stipulation is entered into for the following reasons:

1. This is the third requested continuance for sentencing.

2. The defense is currently investigating sentencing issues and gathering relevant information from multiple sources, including attempting to obtain medical records and other documents from third parties.

3. The defense requires further time to complete its investigation, to gather relevant information, and, once obtained, to analyze and synthesize the information so that it may be appropriately presented to the Court in a sentencing memorandum.

4. Also, Mr. Porter has recently undergone neuropsychological testing and evaluation.

5. The defense may likely seek to have some of the relevant information from the testing and evaluation added to and incorporated in the PSR.

6. The defense has discussed this with the PSR's author, who does not object to considering subsequent requests to supplement the PSR with relevant information.

7. The defendant is in custody and does not object to the requested continuances of the sentencing date or the PSR-objection deadline.

8. The government does not object to continuing either date.

Date: September 15, 2021

| Counsel for BYRON PORTER | CHRISTOPHER CHIOU |
| --- | --- |
| | Acting United States Attorney |
| /s/ *William Brown* | /s/ *Daniel E. Clarkson* |
| WILLIAM H. BROWN | DANIEL E. CLARKSON |
| BROWN MISHLER, PLLC | Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **Order Continuing Sentencing and PSR-Objection Deadline** |
| vs. | |
| BYRON PORTER, | |
| Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby: (1) vacates the current sentencing date of October 29, 2021, at 10:00 a.m., and continues it to February 11, 2022 at 10:00 A.M.; and (2) extends the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), to January 7, 2022.

DATED September 15, 2021.

_____
UNITED STATES DISTRICT JUDGE

4