WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON PORTER,<br><br>Defendants. | 2:19-cr-00269-JCM-EJY<br><br>**Stipulation to Continue Sentencing**<br>**(Fourth Request)** |

It is hereby stipulated and agreed, by and between CHRISTOPHER CHIOU, Acting United States Attorney, through DANIEL E. CLARKSON, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that:

Byron Porter's sentencing date in the above-captioned matter, currently scheduled for February 11, 2022, at 10:00 a.m., be vacated and continued at least sixty (60) days, to April 11, 2022, or to a time convenient to the Court.

1

This Stipulation is entered into for the following reasons:

1. This is the fourth requested continuance for sentencing.

2. On Mr. Porter's current sentencing date, counsel for Mr. Porter will be in trial in *United States v. Thayer* (2:21-cr-00053-GMN-VCF).

3. The defendant is in custody and does not object to the requested continuance of the sentencing date.

4. The government does not object to continuing sentencing.

Date: December 28, 2021

| Counsel for BYRON PORTER | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | */s/ Daniel E. Clarkson*<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **Order Continuing Sentencing** |
| vs. | |
| BYRON PORTER, | |
| Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of February 11, 2022, at 10:00 a.m., and continues it to April 22, 2022 at 10:00 a.m. .

DATED January 5, 2022.

_____
UNITED STATES DISTRICT JUDGE

3