| | |
|---|---|
| 1 | WILLIAM H. BROWN, ESQ. (7623) |
| 2 | BROWN MISHLER, PLLC |
|   | 911 N. Buffalo Dr., Ste. 202 |
| 3 | Las Vegas, Nevada 89128 |
|   | Tel: (702) 816-2200 |
| 4 | Fax: (702) 816-2300 |
| 5 | Email: WBrown@BrownMishler.com |
|   | *Attorney for Defendant* |
| 6 | *Byron Porter* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(Fifth Request)** |
| BYRON PORTER, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between CHRISTOPHER CHIOU, Acting United States Attorney, through BRIAN WHANG, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Byron Joshua Jarell Porter, that:

Byron Porter's sentencing date in the above-captioned matter, currently scheduled for April 22, 2022, at 10:00 a.m., be vacated and continued at least sixty (60) days, to June 22, 2022, or to a time convenient to the Court.

1

This Stipulation is entered into for the following reasons:

1. This is the fifth requested continuance for sentencing.

2. Counsel for Mr. Porter will be in trial in *United States v. Thayer* (2:21-cr-00053-GMN-VCF) beginning April 11, 2022.

3. As a result, counsel will be unable to meaningfully prepare for sentencing at the current date and may in fact still be in trial at that time.

4. The defendant is in custody and does not object to the requested continuance of the sentencing date.

5. The government does not object to continuing sentencing.

Date: April 6, 2022

| Counsel for BYRON PORTER | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Brian Whang*<br>BRIAN WHANG<br>Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Byron Porter*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00269-JCM-EJY |
| Plaintiff, | **Order Continuing Sentencing** |
| vs. | |
| BYRON PORTER, | |
| Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of April 22, 2022, at 10:00 a.m., and continues it to **June 22, 2022, at 10:30 a.m.**

DATED April 6, 2022.

_____
UNITED STATES DISTRICT JUDGE

3